UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMERON JERROD MARSHALL,

Plaintiff,

v.

ANDREW M. SAUL,

Defendant.

Case No. 19-cv-03721-SK

**ORDER REGARDING DEADLINES**

Regarding Docket No. 19

On November 5, 2019, the Court stated the following in an Order extending Plaintiff's deadline to file his motion for summary judgment to November 14, 2019:

> the parties are admonished that parties are required to email proposed orders in Microsoft Word format to skpo@cand.uscourts.gov in accordance with the Court's Standing Order and that the Court will not approve any further extensions absent a showing of extraordinary good cause. A heavy workload does not qualify as extraordinary good cause. Additionally, any stipulations or administrative motions for extensions shall be made before the deadline to provide time for the Court to rule, and time to file the required brief if the request is denied.

On November 19, 2019, five days *after* the deadline to file his motion for summary judgment, the parties, in violation of this clear Order, filed a stipulation to extend both Plaintiff's and Defendant's deadlines "due to a full workload and an unexpected medical concern." (Dkt. No. 19.) So as to not harm Plaintiff, the Court will permit Plaintiff to file his motion late, by November 22, 2019, and will extend Defendant's deadline to December 22, 2019. However, Plaintiff's counsel is Ordered to Show Cause ("OSC") in writing by no later than December 2, 2019 why she should not be personally sanctioned in the amount of $750 for violating the Court's Order by: (1) failing to ask for an extension *before* the deadline to provide time for the Court to rule, and time to file the required brief if the request was denied; (2) by relying on a heavy workload despite the Court's Order that a heavy workload does not qualify as extraordinary good

cause; and (3) by failing to email a proposed order in Microsoft Word format to skpo@cand.uscourts.gov in accordance with the Court's Standing Order.  Plaintiff's counsel may file additional details regarding the unexpected medical concern under seal if such details are necessary to respond to the OSC.  Additionally, Plaintiff's counsel is admonished that the Court will consider reporting counsel to the professional standards committee for the Northern District of California for disciplinary action if she violates the Court's orders again – and specifically if she misses a deadline that could harm her client.

**IT IS SO ORDERED**.

Dated: November 20, 2019



SALLIE KIM
United States Magistrate Judge